

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>VINCENT EARL HAGEY,<br><br>　　　　　Defendant. | 2:17-CR-092-JAD-(NJK)<br><br>Preliminary Order of Forfeiture |

This Court finds that defendant Vincent Earl Hagey pled guilty to Count One of a Two-Count Criminal Indictment charging him in Count One with Armed Bank Robbery in violation of Title 18, United States Code, Section 2113(a). Criminal Indictment, ECF No. 10; Change of Plea, ECF No. 27  Plea Agreement, ECF No. 28.

This Court finds defendant Vincent Earl Hagey agreed to the imposition of the in personam criminal forfeiture money judgment of $1,131 set forth in the Plea Agreement, the Bill of Particulars, and the Forfeiture Allegation of the Criminal Indictment. Criminal Indictment, ECF No. 10; Bill of Particulars, ECF No. 17; Change of Plea, ECF No. 27  Plea Agreement, ECF No. 28.

The in personam criminal forfeiture money judgment is any property, real or personal, which constitutes or is derived from proceeds traceable to a violation of Title 18, United States Code, Section 2113(a), a specified unlawful activity as defined in Title 18, United States Code, Section 1956(c)(7)(D), or a conspiracy to commit such offense, and is subject to forfeiture

///

pursuant to Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c).

This Court finds that Vincent Earl Hagey shall pay an in personam criminal forfeiture money judgment of $1,131 to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p).

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from Vincent Earl Hagey an in personam criminal forfeiture money judgment of $1,131.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office, Attention Asset Forfeiture Unit.

DATED this 14th day of July, 2017.

_____
UNITED STATES DISTRICT JUDGE