FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

OCT 16 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | ) 2:17-CR-092-JAD-(NJK) |
|---|---|
| Plaintiff, | ) |
| v. | ) Final Order of Forfeiture |
| VINCENT EARL HAGEY, | ) |
| Defendant. | ) |

This Court found that Vincent Earl Hagey shall pay the in personam criminal forfeiture money judgment of $1,131 pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p). Criminal Indictment, ECF No. 10; Bill of Particulars, ECF No. 17; Change of Plea, ECF No. 27; Plea Agreement, ECF No. 28; Preliminary Order of Forfeiture, ECF No. 29.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from Vincent Earl Hagey the in personam criminal forfeiture money judgment of $1,131 pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p).

///

///

///

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office, Attention Asset Forfeiture Unit.

DATED this 16th day of October, 2017.

_____
UNITED STATES DISTRICT JUDGE